

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00196-CR

Roscell **HINES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 22-0495-CR-B
Honorable Daniel H. Mills, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs shall be assessed against Appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED August 27, 2025.

H. Todd McCray

_____
H. Todd McCray, Justice